

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Investment Retrievers, Inc.,        * From the 259th District Court
of Jones County,
Trial Court No. 024833.

No. 11-24-00261-CV        * October 17, 2024

Isabel Lozano and Sam Lozano        * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The cost incurred by reason of this appeal are taxed against Investment Retrievers, Inc.